# United States District Court

EASTERN DISTRICT OF WISCONSIN

**SECOND AMENDED DECLARATORY JUDGMENT IN A CIVIL CASE**

**AMERITECH CORPORATION,**

        Plaintiff,

        V.        CASE NUMBER: **99-C-675**

**E. MICHAEL MCCANN,**
in his official capacity as
**District Attorney of Milwaukee County, Wisconsin,**

        Defendant.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that Ameritech Corporation's action for declaratory judgment is GRANTED as follows:**

**The exemption of 18 U.S.C. § 2706(c), does not apply to a terminating automated message accounting ("AMA") report because Ameritech Corporation does not maintain AMA reports.**

**The term "governmental entity" in the Electronic Communications Privacy Act includes state and local governmental entities.**

**There is no preemption issue because no Wisconsin law excuses or forbids compensation to telephone companies that disclose information.**

**When E. Michael McCann invokes Wis. Stat. § 968.135 to compel Ameritech Corporation to produce a terminating AMA report, he has obtained information "under" § 2703.**

**Regulation of the telephone network, which relates worldwide, through the Electronic Communications Privacy Act is securely in the scope of Congress's power under the Commerce Clause.**

**Section 2706 does not unduly impinge on state sovereignty by opening the state courts to private suits, E. Michael McCann (the State), not a private party, is the plaintiff in state court.**

**When E. Michael McCann petitions the state court for an order compelling Ameritech Corporation to prepare a terminating AMA report, Ameritech Corporation is entitled to insist that the state court order contain a compensation amount as directed under § 2706.**

**In the future, E. Michael McCann SHALL tender compensation as a part of every request under Wis. Stat. § 968.135 that Ameritech Corporation provide a terminating AMA report, and SHALL agree to litigate the amount of compensation in state court if Ameritech Corporation deems the tender inadequate.**

**Unless such an offer is made by E. Michael McCann and included in the state court's order, Ameritech Corporation need not provide the requested information.**

**Accordingly, E. Michael McCann's Motion for Summary Judgment is DENIED and Ameritech Corporation's Motion for Summary Judgment is Granted.**

**This action is DISMISSED.**

| | |
|---|---|
|    **June 13, 2005** |    **SOFRON B. NEDILSKY** |
| Date | Clerk |
| |  *s/ Linda M. Zik* |
| | (By) Deputy Clerk |

*Approved as to Form:*

 *s/ Rudolph T. Randa*
*Hon. Rudolph T. Randa*

June 13, 2005
Date